1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROGRESSIVE PRODUCE CORPORATION, a corporation,<br><br>Plaintiff,<br>v.<br><br>ALBERTO MARTINEZ a/k/a ALBERTO ZEPEDA a/k/a ALBERTO ZEPEDA MARTINEZ, individually and d/b/a TOP LINE SPECIALTY; TOP LINE SPECIALTY, a sole proprietorship of ALBERTO MARTINEZ a/k/a ALBERTO ZEPEDA a/k/a ALBERTO ZEPEDA MARTINEZ,<br><br>Defendants. | CASE NO. CV13-00667-GAF (MANx)<br><br>**JUDGMENT BY COURT AGAINST ALL DEFENDANTS**<br><br>[Fed.R.Civ.P. Rule 54(b), 55(b)(2)] |

Having read and considered Plaintiff's Motion for Default Judgment against Defendants ALBERTO MARTINEZ a/k/a ALBERTO ZEPEDA a/k/a ALBERTO ZEPEDA MARTINEZ, individually and d/b/a TOP LINE SPECIALTY; and TOP LINE SPECIALTY, a sole proprietorship of ALBERTO MARTINEZ a/k/a ALBERTO ZEPEDA a/k/a ALBERTO ZEPEDA MARTINEZ and all supporting pleadings and exhibits submitted therewith and other pleadings and exhibits already on file with this court, and good cause appearing therefor,

1    IT IS HEREBY ADJUDGED that PROGRESSIVE PRODUCE CORPORATION, a corporation (herein referred to as "Plaintiff") is entitled to immediate entry of default judgment against Defendants ALBERTO MARTINEZ a/k/a ALBERTO ZEPEDA a/k/a ALBERTO ZEPEDA MARTINEZ, individually and d/b/a TOP LINE SPECIALTY; and TOP LINE SPECIALTY, a sole proprietorship of ALBERTO MARTINEZ a/k/a ALBERTO ZEPEDA a/k/a ALBERTO ZEPEDA MARTINEZ, as follows, all of which qualifies for trust protection under the trust provisions of Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. §499e, *et seq.*]:

    (i)    Principal in the cumulative amount of $14,868.00;

    (ii)    Pre-judgment interest and finance charge through and including April 19, 2013 in the cumulative amount of $2,508.88, plus $7.33 per day from April 20, 2013 through the date of entry of judgment;

    (iii)    Attorney's fees and costs (pursuant to LR 55-3) in the cumulative amount of $1,642.61;

    (iv)    Recoverable costs in the amount of $531.18; and

    (v)    Post-judgment interest charge at the rate of 18% per annum.

IT IS HEREBY ADJUDGED that this judgment is entered pursuant to Fed.R.Civ.P. Rule 54(b) and 55(b)(2).

IT IS SO ORDERED.

DATED: December 4, 2013

_____
HON. GARY A. FEESS
UNITED STATES DISTRICT JUDGE

2